*1111-12*

## ELECTRONIC RECORD

CCA # 14-11-00227-CR                    OFFENSE ~~Possession~~ HABEAS CORPUS

STYLE:  Leonardo Aguilar v. The State of Texas          COUNTY  Harris

TRIAL COURT:        248th District Court          _____ MOTION

TRIAL COURT #:      1290892                       FOR REHEARING IS: _____

TRIAL COURT JUDGE:  JOAN CAMPBELL                 DATE: _____

DISPOSITION: *Reversed & Remanded*    JUDGE: _____

DATE:  7-10-12

JUSTICE: Jamison/Frost  PC ___ S ✓

PUBLISH: ✓            DNP: _____

CLK RECORD: 1 vol. ✓              SUPP CLK RECORD 1 vol. ✓

RPT RECORD: 1 vol. ✓              SUPP RPT RECORD No

STATE BR: Yes ✓                   Reply ~~SUPP BR~~ Yes ✓

APP BR: Yes ✓                     PRO SE BR No

## IN THE COURT OF CRIMINAL APPEALS

*1111-12*

### ELECTRONIC RECORD

_____ STATE'S _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

*Granted*

DATE: 3-20-13

JUDGE: PC

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

CCA # _____

Disposition: VAC RTN COA

DATE: 3-20-13

JUDGE: PC

SIGNED: _____    PC: ✓

PUBLISH: _____  DNP: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____